UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        17-cr-280 (PKC)

    -against-                                 ORDER

IGNATIUS BENJAMIN EZENWA UDEZE,

            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The government shall respond to defendant's motion to return seized property (Doc 137) by December 16, 2022.  Defendant may reply by January 19, 2023.

       SO ORDERED.

                                           P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
          November 1, 2022

Mailed to: Ignatius Benjamin Ezenwa Udeze, #75989-054, FCI Ray Brook, 128 Ray Brook Road, Ray Brook, NY  12977